UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA, | No. 2:25-cv-03432 SCR P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ROB ST. ANDRE, et al., | |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff filed his complaint on November 26, 2025, alleging inadequate medical care at High Desert State Prison. ECF No. 1. By order filed December 17, 2025, the Court informed plaintiff that he had not filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee. ECF No. 3 at 1. Plaintiff was granted thirty (30) days to do so and warned that a failure to comply would result in the recommendation that the action be dismissed. Id. at 1-2.

More than 30 days have passed, and plaintiff has neither paid the required filing fee nor submitted an application to proceed in forma pauperis. Plaintiff, however, has filed other documents on the docket during that period. See ECF No. 4 (Consent/Decline of Magistrate Judge Jurisdiction). Plaintiff will be given a final chance to explain why the action should not be dismissed for failure to either pay the filing fee or submit a completed application for leave to

1

proceed in forma pauperis.  Plaintiff's failure to respond to this order will result in a recommendation that the action be dismissed without prejudice.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure to comply with court orders).

Good cause appearing, IT IS HEREBY ORDERED that:

1.    Plaintiff shall show cause, in writing, within twenty-one (21) days of service of this order, why the failure to pay the required filing fees or file an in forma pauperis application should not result in a recommendation that this case be dismissed.  If Plaintiff fails to respond, the court will recommend dismissal of this case for failure to pay the filing fee and failure to comply with the court's order.

2.    The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 9, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2